UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ADERS, | Civ No. S-13-0054 KJM CKD |
| Plaintiff, | |
| v. | ORDER |
| PARADISE UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

On January 10, 2013, plaintiff Jonathan Aders, a mentally and physically disabled individual, filed this action against Paradise Unified School District, alleging four causes of action stemming from defendant's alleged failure to provide equal access to Paradise High School's 2012 graduation ceremony. ECF No. 1.

On July 24, 2013, plaintiff filed a motion seeking the appointment of his mother, Kari Rostron, as his guardian ad litem. ECF No. 15. Defendant has not opposed the motion.

Federal Rule of Civil Procedure 17(c)(2) provides that the court "must appoint a guardian ad litem–or issue another appropriate order–to protect a minor or incompetent person who is unrepresented in an action." In this case plaintiff's mother Kari Rostron avers that she is competent to protect her son's rights and she is willing and able to protect his interests. The court

/////

1

finds she is a suitable guardian ad litem.  *See Sam M. ex rel. Elliott v. Carcieri*, 608 F.3d 77, 91 (1st Cir. 2010) (discussing requirements for the appointment of a next friend under Rule 17(c)).

Accordingly, IT IS THEREFORE ORDERED that:

1. Plaintiff's motion for the appointment of a guardian ad litem is granted; and

2. Kari Rostron is appointed guardian ad litem for plaintiff Jonathan Aders.

DATED:  August 26, 2013.

_____
UNITED STATES DISTRICT JUDGE